FILED
MISSOULA, MT

2007 JAN 26 AM 11 38

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| ABEL GONZALES,<br><br>      Petitioner,<br><br>vs.<br><br>MIKE MAHONEY,<br><br>      Respondent. | CV 05-137-M-DWM-JCL<br><br><br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendations in this matter on November 22, 2006. Petitioner did not timely object and so has waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

This case is before the Court on a Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254. On May 26, 2006, United States Magistrate Judge Erickson found the Petition time-

barred by the federal statute of limitations and order Gonzales to show cause why the Petition should not be dismissed on that ground.  Gonzales filed a response stating that he had limited access to legal resources and limited knowledge of the law.  Judge Lynch concluded that these difficulties do not constitute the extraordinary circumstances required for equitable tolling of the statute of limitations and recommended that the Petition be dismissed with prejudice.  Judge Lynch further concluded that a certificate of appealability should not issue because there is no room for reasonable jurists to disagree as to the effect of the statute of limitations on this Petition.  I can find no clear error with Judge Lynch's recommendations and adopt them in full.

Accordingly, IT IS HEREBY ORDERED that the Petition be DISMISSED WITH PREJUDICE as untimely and a certificate of appealability is DENIED.  The Clerk of Court shall immediately process the appeal if Gonzales chooses to file a notice of appeal.

DATED this 26th day of January, 2007.

Donald W. Molloy, Chief Judge
United States District Court